UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA LINN OWEN,<br><br>                 Plaintiff,<br><br>     v.<br><br>RYDER GWINN, et al.,<br><br>                 Defendants. | CASE NO. 2:19-cv-00899 RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 10th day of June, 2019.

                                                            BRIAN A. TSUCHIDA
                                                            Chief United States Magistrate Judge